UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| *Plaintiff*, | ) ) ) | No. 1:17-cr-133-CLC-SKL |
| v. | ) ) | Judge Collier |
| DERRICK MCKINNEY, | ) ) | |
| *Defendant*. | ) | |

# **O R D E R**

For the reasons provided in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (Doc. 52). Defendant's Motion to Suppress (Doc. 41) is **DENIED**. The Clerk of Court is instructed to **TERMINATE** Defendant's appeals (Doc. 53; Doc. 56) of the Magistrate Judge's Report and Recommendation.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**